[No. 21364-8-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN C. HARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01091-0, Barbara D. Johnson, J., entered November 5, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 21468-7-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES W.A. LIVENGOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-8-00614-1, James E.F.X. Warme, J., entered December 17, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 35554-6-I.    Division One.    September 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03575-1, John M. Darrah, J., entered November 8, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Coleman, J.

[No. 36617-3-I.    Division One.    September 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. PARSONS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-1-00317-7, George E. McIntosh, J., entered May 5, 1995. *Remanded* by unpublished per curiam opinion.